UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:06CV-487-H

STEVEN MAYNARD                                                                                    PLAINTIFF

V.

HANGER PROSTHETICS AND ORTHOTICS, INC., et al.                    DEFENDANTS

**MEMORANDUM OPINION AND ORDER**

      This is a patent infringement case filed against several corporations and at least three individual Defendants. The individual Defendants have moved to dismiss the claim against them due to the absence of personal jurisdiction. This Court believes that they are correct for a number of reasons.

      First, Plaintiff filed a similar lawsuit in the United States District Court for the Eastern District of Kentucky back in 1999. After extensive briefing that court dismissed that complaint against the very same individual Defendants due to the absence of personal jurisdiction in Kentucky. Subsequently, the United States Court of Appeals for the Federal Circuit affirmed that ruling. The ruling of the United States District Court for the Eastern District of Kentucky finding that the individual Defendants here have had insufficient contacts with Kentucky for this Court to exercise personal jurisdiction is entitled to preclusive effect, unless the jurisdictional facts have changed.

      Plaintiff has the obligation of establishing personal jurisdiction over Defendants. The Court has reviewed the extensive filings presented by Defendants as well as Plaintiff's response.

The evidence is that since that ruling the individual Defendants have not had additional or further contacts with Kentucky. The Court agrees entirely with the individual Defendants that Plaintiff cannot establish personal jurisdiction over their persons in Kentucky. Therefore, on two grounds, one based on the preclusive effect of a prior ruling and the other based upon the actual evidence, this Court cannot exercise personal jurisdiction over the individual Defendants.

Plaintiff and the remaining Defendants have disagreed about whether Plaintiff is entitled to a default judgment. The Court has reviewed the pleadings and concludes that Defendants have adequately explained the reason for the late filings. Defendants have now filed extensive answers and intend to contest the claims against them. The Court finds no reason to enter a default judgment at this time.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the motions to dismiss of Salvatore Calabrese, Rita Calabrese and Carolyn Calabrese Palavage are SUSTAINED and all the claims against them are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Plaintiff's motion for default judgment is DENIED.

IT IS FURTHER ORDERED that Plaintiff's motions to transfer this case and for trial are DENIED at this time.

cc: Steven Maynard, *Pro Se*
      Counsel of Record